IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA WADE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK R. DONAHOE** | : | **NO. 11-3795** |

-----------------------------------------------

| | | |
|---|---|---|
| **PATRICIA WADE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK R. DONAHOE** | : | **NO. 11-4584** |

## ORDER

**NOW**, this 4th day of September, 2012, upon consideration of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment (Document No. 14) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** as follows:

1. The defendant's motion for summary judgment is **DENIED**;

2. The defendant's motion to dismiss is **GRANTED**;

3. The plaintiff's complaints are **DISMISSED**; and

4. The plaintiff is granted leave to file, if she so desires, an amended complaint as to her claims brought under Title VII of the Civil Rights Act of 1964 no later than **October 5, 2012**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.